McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN         3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:   808-524-8293

Attorney for Defendant
LDG FINANCIAL SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DORIS LEE,<br><br>         Plaintiff,<br><br>     vs.<br><br>LDG FINANCIAL SERVICES, LLC,<br><br>         Defendant. | CIVIL NO. CV07-00406 JMS BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br>NO TRIAL DATE SET |

STIPULATION FOR DISMISSAL WITH
<u>PREJUDICE AS TO ALL CLAIMS AND PARTIES</u>

Defendant LDG FINANCIAL SERVICES, LLC, by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff DORIS LEE, by and through her attorney, John Harris Paer, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter has not been set.

DATED: Honolulu, Hawai`i, October 23, 2007.

/s/David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
LDG FINANCIAL SERVICES, LLC

/s/John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff
DORIS LEE

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 24, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

Lee v. LDG Financial Services, LLC, Civil No. 07-00406 JMS BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER

169757.1